ATLANTIC COAST LINE RAILROAD COMPANY A CORPORATION, *Plaintiff in Error*, v. ARTHUR ELLERBE, *Defendant in Error*.

Decision Filed February 15, 1924.

This case was decided by Division B.

A Writ of Error to the Circuit Court within and for Polk County; John S. Edwards, Judge.

*Kelly & Sutton*, for Plaintiff in Error;

*H. C. Petteway* and *Fred T. Myers*, for Defendant in Error.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment aforesaid and argument of counsel for the respective parties, and the record having been seen and inspected, and the court being now advised of its judgment to be given in the premises, it seems to the court

that upon a consideration of all the evidence the amount awarded pursuant to Sections 4964 and 4965 Revised General Statutes, 1920, "for damage done" is clearly excessive; it is therefore ordered and adjudged that if the plaintiff below enter a remittitur for $500.00, the judgment will stand affirmed for the remainder; otherwise the judgment will stand reversed for a new trial.

It is so ordered.

WHITFIELD, P. J., and WEST and TERRELL, J. J., concur.